**Ramon ALCANTARA, Petitioner–Appellant,**

v.

**John P. KEANE, Superintendent, Respondent–Appellee.**

**Docket No. 99–2387.**

United States Court of Appeals, Second Circuit.

May 13, 2004.

Vida M. Alvy (Monica R. Jacobson, of counsel), Alvy & Jacobson, New York, NY, for Appellant.

William C. Milaccio, Assistant District Attorney (John M. Castellano, Assistant District Attorney, of counsel, Richard A. Brown, District Attorney of Queens County, on the brief), District Attorney's Office for Queens County, Kew Gardens, NY, for Appellee.

PRESENT: FEINBERG, MESKILL and CABRANES, Circuit Judges.

## SUMMARY ORDER

We have considered all of petitioner's arguments and have found each of them to be without merit. Accordingly, the order of the District Court is hereby **AFFIRMED**.